# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KINGRALE COLLINS**  PETITIONER
ADC #102818

v.  No. 2:25-cv-197-DPM

**STATE OF ARKANSAS**  RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 7*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Court directs the Clerk to reclassify Collins's petition to be a § 2254 petition.  It will be dismissed without prejudice for lack of jurisdiction.  The Court denies a certificate of appealability.  28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 December 2025