# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KINGRALE COLLINS**  
ADC #102818  
**PETITIONER**

v.   No. 2:25-cv-197-DPM

**STATE OF ARKANSAS**   **RESPONDENT**

## JUDGMENT

Collins's § 2254 petition, *Doc. 1*, is dismissed without prejudice for lack of jurisdiction.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2025